# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>YOLONDA N. WATTS<br>AKA YOLONDA UMARU<br>AKA YOLONDA WATTS-UMARU<br>    Debtor | Case No. 21-13015-mdc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>YOLONDA N. WATTS<br>AKA YOLONDA UMARU<br>AKA YOLONDA WATTS-UMARU<br>TARIQ UMARU (NON-FILING CO-DEBTOR)<br>    Respondent | 11 U.S.C. §362 and §1301 |

## **CERTIFICATION OF DEFAULT**

**BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on April 8, 2022.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

> */s/Andrew Spivack*
> Andrew Spivack, PA Bar No. 84439
> Matt Fissel, PA Bar No. 314567
> Mario Hanyon, PA Bar No. 203993
> Ryan Starks, PA Bar No. 330002
> Jay Jones, PA Bar No. 86657
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 8757 Red Oak Boulevard, Suite 150
> Charlotte, NC 28217
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>YOLONDA N. WATTS<br>AKA YOLONDA UMARU<br>AKA YOLONDA WATTS-UMARU | Case No. 21-13015-mdc |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>YOLONDA N. WATTS<br>AKA YOLONDA UMARU<br>AKA YOLONDA WATTS-UMARU<br>TARIQ UMARU (NON-FILING CO-DEBTOR),<br>    Debtor | Chapter 13<br><br>11 U.S.C. §362 and §1301 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification Of Default has been electronically served or mailed, postage prepaid on this day to the following:

YOLONDA N. WATTS
642 WATERVIEW LANE
PHILADELPHIA, PA 19154

TARIQ UMARU (NON-FILING CO-DEBTOR)
955 TAYLOR DR
FOLCROFT, PA 19032

BRAD SADEK, Debtor's Attorney
Sadek and Cooper
1315 WALNUT ST STE 502
PHILADELPHIA, PA 19107

KENNETH E. WEST, Bankruptcy Trustee

1234 Market Street
Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

<u>January 9, 2023</u>

                                           */s/Andrew Spivack*
                                           Andrew Spivack, PA Bar No. 84439
                                           Matt Fissel, PA Bar No. 314567
                                           Mario Hanyon, PA Bar No. 203993
                                           Ryan Starks, PA Bar No. 330002
                                           Jay Jones, PA Bar No. 86657
                                           Attorney for Creditor
                                           BROCK & SCOTT, PLLC
                                           8757 Red Oak Boulevard, Suite 150
                                           Charlotte, NC 28217
                                           Telephone: (844) 856-6646
                                           Facsimile: (704) 369-0760
                                           E-Mail: PABKR@brockandscott.com