**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Yolonda N Watts a/k/a Yolonda Umaru a/k/a Yolonda Watts-Umaru | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-13015 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                      Respectfully submitted,

                      /s/ Mark A. Cronin
                      Mark Cronin
                      10 Nov 2023, 11:07:24, EST

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322