**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>YOLONDA N. WATTS<br>    Debtor | Case No. 21-13015-amc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>YOLONDA N. WATTS<br>Aka Yolonda Umaru<br>Aka Yolonda Watts-Umaru<br>    And<br>Tariq Umaru, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

Upon consideration of the Movant of Freedom Mortgage Corporation (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 **(Co-Debtor Stay)** is granted with respect to 955 TAYLOR DR, Folcroft, PA 19032 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that the Trustee is directed to cease making any further distributions to the Movant; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Freedom Mortgage Corporation may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Date: Oct. 2, 2024

_____
Ashely M Chan
CHIEF BANKRUPTCY JUDGE

YOLONDA N. WATTS
642 WATERVIEW LANE
PHILADELPHIA, PA 19154

TARIQ UMARU
642 WATERVIEW LANE
PHILADELPHIA, PA 19154

BRAD J SADEK
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107