Certificate Number: 03088-PAE-DE-041348684

Bankruptcy Case Number: 21-13015

03088-PAE-DE-041348684

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2026, at 12:25 o'clock PM CDT, Yolonda Watts completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 20, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor